IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KARLA K. SCHROEDER, D.W.S. and J.D.S.,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.

                                      Case No. 16-cv-491-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Karla K. Schroeder, granting in part Acting Commissioner of Social Security Nancy A. Berryhill's motion to remand and reversing and remanding this case under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) with instructions to grant the application for benefits.

      s/ J. Friedl, Deputy Clerk　　　　　　　　　　2/28/2017
      Peter Oppeneer, Clerk of Court　　　　　　　　　Date